David S. WILLIAMS, Plaintiff—
Appellant,

v.

ANDREW CORPORATION,
Defendant—Appellee.

No. 01–15346.

D.C. No. CV–99–00800–GEB(JFM).

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 13, 2002 *.

Decided March 5, 2002.

Before WALLACE, KOZINSKI and PAEZ, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Williams's need for leave was foreseeable and he did not give the notice required by the California Family Rights Act. *See* Cal. Gov't Code § 12945.2(h). Because we affirm the grant of summary judgment against Williams, his request for leave to file a jury demand is moot.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.